WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
LORI K. AQUINO    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.: (808) 528-8880
Facsimile No.: (808) 528-8881
e-mail: aikeda@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 24 2012
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS (*Hawaii Laborers' Health and Welfare Trust Funds* by its Trustees Ron Prescott, Robert Tasaka, Anacleto Alcantra, Larry Lum, Mark Matsumoto, Peter Ganaban, Alfonso Oliver, Ismael Solis, and Joby North II; *Hawaii Laborers' Pension Trust Fund* by its Trustees Stanley Wada, Anacleto Alcantra, Randall Ching, Cedric Ota, Leonard Leong, Claude C. Matsumoto, Alan Shintani, Joby North II, Mark Matsumoto, Peter Ganaban, Pete Lindsy, Alfonso Oliver, and Ismael Solis; *Hawaii Laborers' Apprenticeship and Training Trust Fund* by its Trustees Anacleto Alcantra, Van Goto, Steve Yoshida, Scott Higa, Ryan Wada, Peter Ganaban, Alvis McCann, Cedric Ota, Mark Matsumoto, Leonard Leong, | CIVIL NO. 12-00092 BMK<br><br>DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANTS ASIAN PACIFIC WATERFEATURES LIMITED LIABILITY COMPANY, aka ASIAN PACIFIC WATERFEATURES, LLC, a Hawaii company, JOSEPH R. BAILEY and CAROLYN A. BAILEY, individually |

| | |
|---|---|
| Pete Lindsey, Alfonso Oliver, and Joby North II; *Hawaii Laborers' Vacation & Holiday Trust Fund* by its Trustees Audry Hidano, Burt Watanabe, Clay Asato, Anacleto Alcantra, Peter Ganaban, Alfonso Oliver, Richard Nishie, and Mark Matsumoto; *Hawaii Laborers' Annuity Trust Fund* by its Trustees Ryan Wada, Anacleto Alcantra, Clay Asato, Audrey Hidano, Craig Nakanishi, Joby North II, Peter Ganaban, Mark Matsumoto and Alfonso Oliver; *Hawaii Laborers and Employers Cooperative and Education Trust Fund* by its Trustees Thomas Toma, Michael Nakashima, Kenneth Kobatake, Joby North II, Kathleen Thurston, Warren Leong, Mark Tamashiro, Mark Matsumoto, Alfonso Oliver, Peter Ganaban and Al Lardizabal), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ASIAN PACIFIC WATERFEATURES LIMITED LIABILITY COMPANY, aka ASIAN PACIFIC WATERFEATURES, LLC, a Hawaii company, JOSEPH R. BAILEY and CAROLYN A. BAILEY, individually, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

(125969)Default Judgment By Clerk-4.17.12

DEFAULT JUDGMENT BY CLERK AGAINST
DEFENDANTS ASIAN PACIFIC WATERFEATURES
LIMITED LIABILITY COMPANY, aka ASIAN PACIFIC
WATERFEATURES, LLC, a Hawaii company,
<u>JOSEPH R. BAILEY and CAROLYN A. BAILEY, individually</u>

Defendants ASIAN PACIFIC WATERFEATURES LIMITED LIABILITY COMPANY, aka ASIAN PACIFIC WATERFEATURES, LLC, a Hawaii company ("Defendant" or "Defendant ASIAN PACIFIC"), JOSEPH R. BAILEY ("Defendant JOSEPH") and CAROLYN A. BAILEY ("Defendant CAROLYN"), individually, collectively "Defendants", having failed to plead or otherwise defend in this action and their default having been entered herein:

NOW, upon application of the above-named Plaintiffs and upon the declarations showing that Defendants, joint and severally, are indebted to Plaintiffs in the sum of $38,500.95, consisting of the following:

| | | |
|---|---|---|
| i. | Contributions (2/09 – 9/11 reports): ............. | $26,463.90 |
| ii. | Liquidated Damages (2/09 – 9/11 reports): ..... | $ 6,156.80 |
| iii. | Minimum interest (12%) on 2/09 – 9/11 report contributions through 12/31/11, $8.70 per diem thereafter: ................ | <u>$ 5,043.25</u> |
| | SUB-TOTAL: | $37,663.95 |

3

    iv. Costs incurred (paragraph 4 of Declaration of Ashley K. Ikeda):

| | |
|---|---|
| Complaint filing fee: | $ 350.00 |
| Complaint certification fees: | $ 33.00 |
| Sheriff's mileage and fees, (See Proofs of Service [Doc. Nos. 5, 6 and 7] filed 3/19/12): | $ 454.00 |
| SUB-TOTAL | $ 837.00 |
| GRAND TOTAL: | $38,500.95 |

together with interest accruing from December 31, 2011 until entry of judgment herein at $8.70 per diem, plus legal interest from entry of this judgment until paid.

IT IS FURTHER ORDERED that the entry of this judgment shall be without prejudice to Plaintiffs' right to seek other and further sums owed by Defendants arising from hours worked during any period of time not heretofore audited.

DATED: Honolulu, Hawaii, __APR 24 2012__.

SUE BEITIA
CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

_____
DEPUTY CLERK,
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII